IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:09CR 253 JLH |
| | ) | |
| v. | ) | 18 U.S.C. §2252(a)(2) |
| | ) | 18 U.S.C. §2252(a)(4)(B) |
| BILLY WAYNE PARKS | ) | |

FILED SEP 02 2009
JAMES W. McCORMACK, CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about May 22, 2009, to on or about May 25, 2009, in the Eastern District of Arkansas and elsewhere, the defendant,

BILLY WAYNE PARKS

did knowingly attempt to distribute and distribute any visual depiction that had been mailed and shipped and transported in interstate commerce, and which contained materials which had been so mailed and shipped and transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT TWO

From on or before May 22, 2009 until on or about August 13, 2009, in the Eastern District of Arkansas, and elsewhere, the defendant,

BILLY WAYNE PARKS

did knowingly possess one or more matters which contained an image of a child engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign

commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## FORFEITURE ALLEGATION

Upon conviction for violating Count One and Count Two the defendant,

BILLY WAYNE PARKS

shall forfeit to the United States any property used or intended to be used to commit and to promote the commission of such offense, including but not limited to the following:

1. 24 CDRs
2. 19 Floppy Discs
3. 47 CDRs
4. 43 CDRs
5. One Linksys Router, Serial No. CB910b09765
6. One home-made computer
7. One cable modem, Serial No. 500985B62C
8. Three DVD-R
9. Two CDRs
10. Four hard-drives
11. Two GB jump-drives san disk
12. One Lexis jump-drive
13. One wireless Linksys Router, Serial No. CDF1G7B2897
14. One Olympus Camera, Camedia C-275

15. Three floppy discs

16. One IBM Laptop Computer, T-61, 6460, Serial No.L3-A3108 07/87

17. One CDR

18. 13 DVDs

19. 12 CDRs

20. Four DVDs

21. One Western Digital hard-drive 4.3 GB, Serial No. WMG26

22. One Acer Computer, Model NO. P440DB, Ext. No. A4471G

23. One Leading Edge WinPro 486, Model No., Win7202, Serial No. 0044330601559

24. One Packard Bell Computer, Model No. PB430A, P/N 824686

25. One Maxtor D540X-wk hard-drive 80.0 GB

26. One Palm Held computer, Serial No. PN70U965V2P3

    with power cord

29. 14 CDs (10 5 ½" disks)

30. 29 CDs

31. 91 3.5 Disks

All pursuant to Title 18, United States Code, Section 2253.


(END OF TEXT.  SIGNATURE PAGE ATTACHED.)