MJSta Reporting INITIAL APPEARANCE, Length of Hearing (minutes):
ARRAIGNMENT, Length of Hearing (minutes): 4 min

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.   CASE NO:   4:09CR00253 JLH

BILLY WAYNE PARKS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 15 2009
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: September 15, 2009
Continued Until: _____
Reason for continuance _____

Deft is ___ is not ✓ in custody
___ Deft did not appear
___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: Marsha W Clevenger
Defense Counsel: Steven Davis    (Appointed / Retained)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT    )    CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty ✓ _____ )    Not Guilty _____ )
Guilty (indicates desire) _____ )    Guilty _____ )
Nolo Contendere (desire) _____ )    Nolo Contendere ( _____ )

___✓___ Demands Trial by Jury        _____ Waives Jury Trial
                                            Deft agrees _____
                                            Govt agrees _____

### BAIL

Bail Set at: _OR w/ cond._   By: _JLH_   Date: _9-15-09_

Bail Changed to: _____   By: _____   Date: _____

Number of Days estimated for Trial: 2 Day(s)
Estimated Trial Date: **October 19, 2009 @ 9:15 a.m., before the Honorable Judge J. Leon Holmes in Room 4-D.  All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: September 15, 2009    SO ORDERED: _____
                                       U. S. MAGISTRATE JUDGE