## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            NO. 4:09CR00253-01 JLH

BILLY WAYNE PARKS                                                                           DEFENDANT

### ORDER

Pending before the Court is defendant's Motion for a Continuance of the trial of this matter previously scheduled for October 19, 2009.

The Court has fully considered the motion and finds that the interests of justice served by granting the continuance outweighs the best interest of the public and defendant for a speedy trial in that the issues herein are such that to deny the motion would deny counsel for defendant the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred in the defendant's behalf.

IT IS THEREFORE ORDERED that defendant's Motion for Continuance be, and it is hereby, GRANTED.  Document #10.  Therefore, this matter is rescheduled for trial to a jury to begin at 9:15 a.m. the week of **MONDAY, APRIL 26, 2010**, in Little Rock, Arkansas.  Counsel are to be present thirty minutes prior to trial.  Jury instructions should be submitted to the Court by **April 16, 2010**, on a 3½" diskette in WordPerfect format or electronically to jlhchambers@ared.uscourts.gov.  Pursuant to Amended General Order No. 54, counsel for defendant, Steven R. Davis, is authorized to bring electronic device(s) to the courthouse for this proceeding.

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Dated this 15th day of October, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE