IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.                              No. 4:09CR00253 JLH

BILLY WAYNE PARKS

FINAL ORDER OF FORFEITURE

WHEREAS, on May 12, 2010, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following:

1. 24 CDRs
2. 19 Floppy Discs
3. 47 CDRs
4. 43 CDRs
5. One Linksys Router, Serial No. CB910b09765
6. One home-made computer
7. One cable modem, Serial No. 500985B62C
8. Three DVD-R
9. Two CDRs
10. Four hard-drives
11. Two GB jump-drives san disk
12. One Lexis jump-drive
13. One wireless Linksys Router, Serial No. CDF1G7B2897
14. One Olympus Camera, Camedia C-275
15. Three floppy discs
16. One IBM Laptop Computer, T-61, 6460, Serial No.L3-A3108 07/87
17. One CDR
18. 13 DVDs
19. 12 CDRs
20. Four DVDs
21. One Western Digital hard-drive 4.3 GB, Serial No. WMG26
22. One Acer Computer, Model NO. P440DB, Ext. No. A4471G
23. One Leading Edge WinPro 486, Model No., Win7202, Serial No. 0044330601559
24. One Packard Bell Computer, Model No. PB430A, P/N 824686
25. One Maxtor D540X-wk hard-drive 80.0 GB
26. One Palm Held computer, Serial No. PN70U965V2P3 with power cord

  **29.** **14 CDs (10 5 ½" disks)**
  **30.** **29 CDs**
  **31.** **91 3.5 Disks**

WHEREAS, the United States caused to be published on the forfeiture website, internet address of <u>www.forfeiture.gov</u> for thirty consecutive days beginning on May 14, 2010, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order. and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

WHEREAS, no claims were filed by any persons with respect to any of the property described herein;

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 18, U.S.C.§ 2253 .

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

  **1.** **24 CDRs**
  **2.** **19 Floppy Discs**
  **3.** **47 CDRs**
  **4.** **43 CDRs**
  **5.** **One Linksys Router, Serial No. CB910b09765**
  **6.** **One home-made computer**
  **7.** **One cable modem, Serial No. 500985B62C**
  **8.** **Three DVD-R**
  **9.** **Two CDRs**
  **10.** **Four hard-drives**
  **11.** **Two GB jump-drives san disk**
  **12.** **One Lexis jump-drive**
  **13.** **One wireless Linksys Router, Serial No. CDF1G7B2897**
  **14.** **One Olympus Camera, Camedia C-275**
  **15.** **Three floppy discs**
  **16.** **One IBM Laptop Computer, T-61, 6460, Serial No.L3-A3108 07/87**
  **17.** **One CDR**
  **18.** **13 DVDs**
  **19.** **12 CDRs**

20. Four DVDs
21. One Western Digital hard-drive 4.3 GB, Serial No. WMG26
22. One Acer Computer, Model NO. P440DB, Ext. No. A4471G
23. One Leading Edge WinPro 486, Model No., Win7202, Serial No. 0044330601559
24. One Packard Bell Computer, Model No. PB430A, P/N 824686
25. One Maxtor D540X-wk hard-drive 80.0 GB
26. One Palm Held computer, Serial No. PN70U965V2P3 with power cord
29. 14 CDs (10 5 ½" disks)
30. 29 CDs
31. 91 3.5 Disks

are hereby forfeited to the United States of America pursuant to Title 18, U.S.C.§ 2253 .

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest in all of the property set forth above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS SO ORDERED this 19th day of July, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE