PROB 12B
ED/AR (12/2012)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 19 2014
JAMES W. McCORMACK, CLERK
By: DEP CLERK

# United States District Court

**for the**

**Eastern District of Arkansas**

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

***(Probation Form 49, Waiver of Hearing is Attached)***

Name of Offender: Billy Wayne Parks — Case Number: 4:09CR00253-01 JLH

Name of Sentencing Judicial Officer: Honorable J. Leon Holmes
United States District Judge

Original Offense: Possession of Child Pornography

Date of Sentence: July 28, 2010

Name of Offender: Billy Wayne Parks Case Number: 4:09CR00253-01 JLH

Original Sentence: 41 months Bureau of Prisons, five years supervised release, DNA, the defendant must participate in sexual offender treatment under the guidance and supervision of the probation officer and abide by all the rules, requirements, and conditions of the treatment program, including submitting to polygraph testing to aid in the treatment and supervision process. The results of the polygraph examination may not be used as evidence in Court to prove that a violation of community supervision has occurred but may be used for investigative purposes. The information may also be considered in a hearing to modify release conditions. The defendant must contribute to the costs of such treatment and polygraphs based on his ability to pay; the defendant must refrain from any alcohol consumption throughout the course of sex offender treatment and submit to testing; The defendant must register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer; The probation officer will provide state officials with all information required under any sexual predator and sexual offender notification and registration statutes and may direct the defendant to report to these agencies personally for the required additional processing, such as photography, fingerprinting, and DNA collection; The defendant may not have direct contact with minors (under the age of 18) without the written approval of the probation officer and must refrain from entering into any area where children frequently congregate including, but not limited to, schools, daycare centers, theme parks, theaters, and playgrounds; The defendant may not purchase, possess, subscribe, view, listen to, or use any media forms containing pornographic images or sexually oriented materials including but not limited to written, audio, and visual depictions, such as pornographic books, magazines, literature, videos, CD's, DVD's, digital media, or photographs. This includes materials containing "sexually explicit conduct" as defined in 18 U.S.C. § 2256(2); The defendant may not use any computer or device (whether or not equipped with a modem or access to the Internet) at any location without receiving written permission from the probation officer. This includes access through any Internet service provider; bulletin board system; gaming system; device, or console; online social networking activities; any public or private computer network system; cell phone; or any other remote device capable of Internet connection, The defendant must agree to the installation of computer monitoring software and hardware approved by the probation office and contribute to the computer monitoring costs based on his ability to pay; The defendant must participate in a computer and internet monitoring program by the probation office and must abide by all the rules and requirements of the program; The defendant must notify and obtain the approval of the probation officer prior to accepting employment and the defendant must provide third-party risk notification upon the request of the probation officer and allow the probation officer to verify said disclosure; The defendant must disclose financial information upon the request of the U.S. Probation Office, including, but not limited to , loans, lines of credit, bank and credit card statements, phone bills, and tax returns. This also includes records of any business with which the defendant is associated, and $100 special penalty assessment.

Name of Offender: Billy Wayne Parks Case Number: 4:09CR00253-01 JLH

| Type of Supervision: | Supervised release | Date Supervision Commenced: April 10, 2013<br>Date Supervision Expires: April 9, 2018 | |
|---|---|---|---|
| U.S. Probation Officer: Daniel M. Cole | | Asst. U.S. Attorney: Anne Gardner | Defense Attorney: Nicole Lybrand |

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**The defendant will submit their person and any other property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation office with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the person, and by any probation office in the lawful discharge of the office's supervision functions pursuant to 18 U.S. § 3583(d).**

## CAUSE

The defendant was convicted of possession of child pornography on July 28, 2010. His offense conduct involved the use of electronic media, namely a computer to download and view pornographic images of children. He was receiving pornographic images and files from a friend and then downloading them onto his computer. Mr. Parks' treatment provider was questioned regarding the need of such a modification and agreed that it would be beneficial. She stated that such a modification was necessary in order to address the behavior and monitor his compliance with the conditions of his release.

In order to better supervise Mr. Parks and address public safety, Mr. Parks requires a condition that will allow for searches on any electronic device, which would include computers, gaming systems, and external media, to ensure he is not engaged in the transfer or viewing of child pornography.

Mr. Parks has agreed to the modification and been advised of his rights by the Federal Defender's office. The request has also been forwarded to the Unites States Attorney's office for review and signature.

Daniel M. Cole
U.S. Probation Officer

Date: November 14, 2014

Anne Gardner
Assistant U.S. Attorney

Date: 11/17/14

Prob 12B -4- Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender

Name of Offender: Billy Wayne Parks Case Number: 4:09CR00253-01 JLH

Approved:

Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Signature of Judicial Officer

November 19, 2014

Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Nicole Lybrand, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, Anne Gardner, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
# for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

**The defendant will submit their person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation office with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the person, and by any probation office in the lawful discharge of the office's supervision functions pursuant to 18 U.S.C. § 3583(d).**

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Witness: [signature]
U.S. Probation Officer

Signed: Billy Parks
Probationer or Supervised Releasee

7/10/14
DATE

[signature]
Federal Public Defender