**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            No. 4:09CR00253 JLH

BILLY WAYNE PARKS                                                                              DEFENDANT

## ORDER

Billy Wayne Parks has filed a motion for early termination of supervised release. The Court directs the United States to file a response to the motion within fourteen days from the entry of this Order, after consulting with the probation office. The Court directs the probation office to provide a report to the Court concerning this motion.

IT IS SO ORDERED this 9th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE