**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                              No. 4:09CR00253 JLH

BILLY WAYNE PARKS                                                          DEFENDANT

## ORDER

Billy Wayne Parks has filed a motion for early termination of supervised release.  The statute

provides that the Court may, after considering the relevant factors in 18 U.S.C. § 3553(a), terminate

a term of supervised release and discharge the defendant any time after the expiration of one year

of supervised release, if the Court is satisfied that such action is warranted by the conduct of the

defendant released and the interest of justice.  18 U.S.C. § 3583(e)(1).  In his motion, Parks explains

that he has complied with the terms of his supervised release.  Mere compliance with the terms of

supervised release does not, however, justify early termination because compliance is expected.  *See*

*United States v. Caruso*, 241 F. Supp. 2d 466, 469 (D.N.J. 2003).  After considering all of the

relevant statutory factors, the Court does not believe that early termination of supervised release is

in the interest of justice.  The motion is therefore DENIED.  Document #32.

IT IS SO ORDERED this 22nd day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE